## (March 12, 1970)

■ In the Matter of JOSEPH VICTORI & Co. INC., Petitioner, v. DONALD S. HOSTETTER, as Chairman of the State Liquor Authority, Respondent.— Determination of the State Liquor Authority, dated June 18, 1969, which, in sustaining certain charges against petitioner, directed with respect to charges 1 and 2, a penalty of 30 days' suspension of license (suspension temporarily deferred) and the imposition of a $2,500 bond claim, unanimously modified on the law and in the exercise of discretion to the extent of substituting for the penalty and bond claim, the issuance of a letter of warning; and as so modified the determination is confirmed, without costs and without disbursements. While we find substantial evidence to uphold the determination of a technical violation as to charges 1 and 2, we find in the circumstances that the penalty imposed was excessive and should have been limited to a letter of warning as indicated herein. Concur — Stevens, P. J., Markewich, Nunez and Tilzer, JJ.